UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CRAIG LATHON,

    Petitioner,

    v.                                    Case No. 21-CV-224

MICHAEL MEISNER, Warden,

    Respondent.

## CERTIFICATION

Pursuant to Civil L.R. 7(a)(2), I hereby certify that no brief or other supporting documents will be filed with Lathon's Motion for Relief from Judgment.

Dated at Milwaukee, Wisconsin, June 22, 2023.

Respectfully submitted,

CRAIG LATHON, Petitioner

P.O. ADDRESS:
5205 N. Ironwood Rd., #100    HENAK LAW OFFICE, S.C.
Milwaukee, Wisconsin 53217
(414) 283-9300                  s/ Robert R. Henak
(414) 283-9400 (fax)        Robert R. Henak
henaklaw@sbcglobal.net     State Bar No. 1016803

7(a)(2) Certification - Mo. Reconsideration.wpd